# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER J. WARD-MALONE, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | No. C13-4111-MWB <br> (CR12-4068-MWB) <br><br> **ORDER REGARDING SETTING DEADLINE FOR PROSECUTION'S RESPONSE TO PETITIONER'S MOTION TO VACATE SENTENCE AND JUDGMENT PURSUANT TO 28 U.S.C. § 2255** |

_____

This case comes before the court on petitioner Christopher J. Ward-Malone's *pro se* Motion To Vacate Sentence and Judgment Pursuant to 28 U.S.C. § 2255 (docket no. 1), and *pro se* Motion to Appoint Counsel (docket no. 2). Petitioner Ward-Malone's Motion To Appoint Counsel is granted. The Clerk of Court is also directed to appoint counsel to represent petitioner Ward-Malone on his Motion To Vacate Sentence and Judgment Pursuant to 28 U.S.C. § 2255.

The court conducted the required review under Rule 4(b) of the Rules Governing Section 2255 Proceedings and concludes that summary dismissal of petitioner's § 2255 motion is not appropriate at this time. *See Blackledge v. Allison*, 431 U.S. 63, 75-76 (1977) (making clear that summary dismissal is appropriate where the allegations are vague or conclusory, palpably incredible, or patently frivolous or false). Accordingly, the prosecution is directed to file either an answer in accordance with Rule 5(b) of the Rules Governing Section 2255 Proceedings or an appropriate motion under Federal Rule of Civil Procedure 12 **on or before January 22, 2014**. *See* Rule 4(b) of the Rules Governing

Section 2255 Proceedings. In the event that an answer is filed by the prosecution, the court will establish by subsequent order a briefing schedule.

**IT IS SO ORDERED.**

**DATED** this 21st day of November, 2013.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA